

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*100 South Clinton Street, P.O. Box 7198*  *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*  *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

November 12, 2013

Hon. Norman A. Mordue
Senior U.S. District Judge
PO Box 7336
100 South Clinton Street
Syracuse, NY  13261

    Re:    *U.S. v. Carmen D'Agostino*
            5:13-CR-138 (NAM)

Dear Senior Judge Mordue:

    The government opposes the defendant's motion to continue the trial in the above-captioned case which is scheduled to begin before your Honor on Wednesday, November 13, 2013.

    The government has booked flights and made travel plans for witnesses that are coming from out of town. One witness has been here since Monday, November 11, 2013 and the government's other out of town witnesses are scheduled to arrive today, November 12, 2013. This will pose a significant inconvenience to the government to have this case postponed at this late hour.

                              Very truly yours,

                              Richard S. Hartunian
                            United States Attorney

          By:    Gwendolyn E. Carroll
                   Assistant U.S. Attorney

GEC/pdb